UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Rodriguez, | : |
|     Plaintiff, | |
| v. | :    NO. 3:09cv1981 (JBA) |
| Astrue, | : |
|     Defendant. | |

## O R D E R

Pursuant to 28 U.S.C. § 636(b)(1)(A) and D. Conn. L. Civ. R. 72.1(C)(2) of the Local Rules for United States Magistrate Judges (rev. 2003), the Recommended Ruling [Doc. # 20] is hereby APPROVED and ADOPTED as the ruling of this Court, with consent of defendant and plaintiff [Doc. # 21, Doc. # 23].

Accordingly, under 28 U.S.C. § 1915(e)(2)(B), Plaintiff's Motion for Order Reversing the Decision of the Commissioner [Doc. # 10] is granted in part, and Defendant's Motion for Order Affirming the Decision of the Commissioner [Doc. # 16] is denied. On remand, the ALJ shall consider the entire medical record in reaching conclusions regarding the severity of plaintiff's impairment, his RFC and his credibility.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 16th day of November 2010.